

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Cause number:     01-15-00315-CV

Style:     Cecil Adams and Maxine Adams

     **v** Rebecca Ross

Date motion filed[*]:     April 13, 2015

Type of motion:     Motion to Dismiss

Party filing motion:     Appellee

Document to be filed:

If motion to extend time:

     Deadline to file document:

     Number of previous extensions granted:

     Length of extension sought:

Ordered that motion is:

☐     Granted
     If document is to be filed, document due:

     ☐  The Clerk is instructed to file the document as of the date of this order
     ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☒     Other:

**The court orders that appellee's "Motion to Dismiss Appeal for Failure to Timely File Proper Post Judgment Pleading to Extend Deadline to File Notice of Appeal" be carried with the case. Appellants' merits brief remains due on July 6, 2015.**

Judge's signature: /s/ Michael Massengale
     ☒ Acting individually

     Panel consists of _____ .

Date: June 18, 2015